UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM.<br><br>    Plaintiff,<br><br>v.<br><br>ENCORE ACADEMY et al.<br><br>    Defendants. | Case No. 2:22-cv-00491<br><br>Judge Barry W. Ashe<br>Magistrate Judge Janis van Meerveld |

## CONSENT MOTION FOR PROTECTIVE ORDER

Plaintiff A.E. by and through her mother, Jessica Chisolm, and Defendants, Encore Academy, Apple Bus Company, and Protective Insurance Company, jointly move this Court for entry of the Consent Protective Order attached hereto as Exhibit A to govern discovery in this matter. The parties conferred regarding a protective order and have agreed upon the terms set forth in the Consent Protective Order. The parties agreed to use Magistrate Judge North's Protective Order as a reference. There were no changes to that form Protective Order, so there are no redline changes in the document.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants request that this Court grant this Consent Motion for Protective Order and that the Order attached as Exhibit A be entered to govern discovery in this matter.

[*signatures on following page*]

Respectfully submitted:

/s/ *Caroline Gabriel*
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(985) 441-9355
caroline.gabriel.ma@gmail.com
williammost@gmail.com
*Attorneys for Plaintiff A.E.*


JOHN JERRY GLAS (#24434)
jerry@deutschkerrigan.com
DENIA S. AIYEGBUSI (#31549)
denia@deutschkerrigan.com
MELISSA M. LESSELL (#32710)
mlessell@deutschkerrigan.com
CASEY B. WENDLING (#38676)
cwendling@deustchkerrigan.com

**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581 5141
Facsimile: (504) 566 1201
*Attorneys for Defendant, Encore Academy*

*PERRIER & LACOSTE, LLC*


**GUY D. PERRIER, #20323**
**JEAN E. LAVIDALIE JR. #27547**
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel: (504) 212-8820; Fax: (504) 212-8825
gperrier@perrierlacoste.com
jlavidalie@perrierlacoste.com
*Attorneys for Defendants Apple Bus Company and Protective Insurance Company*

2