## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **A.E., by and through her mother, JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

### ENCORE ACADEMY'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DISCOVERY

**NOW INTO COURT** through undersigned counsel, comes Defendant, Encore Academy ("Encore"), which hereby moves this Honorable Court for additional time in which to respond to the Requests for Admission, Interrogatories, and Requests for Production propounded by Plaintiff, A.E. by and through her mother, Jessica Chisolm. Specifically, Encore requests a retroactive extension up to and including today November 4, 2022 to provide responses to the Requests for Admission, and an extension up to and including Tuesday, November 29, 2022, in which to provide responses to Plaintiff's Interrogatories and Requests for Production. There is good cause for the requested extensions as Encore is still in the process of gathering information which may be responsive to the propounded requests and needs additional time to complete its search. Further, the calendaring error necessitating this Motion with respect to the Requests for Admission was inadvertent. No previous extensions related to these discovery requests have been requested by Defendant in this matter. Plaintiff does not consent to the requested extensions.

**WHEREFORE**, Defendant, Encore Academy, respectfully requests this Honorable Court issue an Order extending the time within which to respond to Plaintiff's First Set of Requests for

Admission, Interrogatories, and Requests for Production of Documents such that Defendant's responses to the Requests for Admission would be due on November 4, 2022, and the responses to the Requests for Production and Interrogatories would be due on or before Tuesday, November 29, 2022.

Respectfully submitted,

*/s/ Denia S. Aiyegbusi*

JOHN JERRY GLAS (#24434)
jerry@deutschkerrigan.com
DENIA S. AIYEGBUSI (#31549)
denia@deutschkerrigan.com
MELISSA M. LESSELL (#32710)
mlessell@deutschkerrigan.com
CASEY B. WENDLING (#38676)
cwendling@deustchkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581 5141
Facsimile: (504) 566 1201
*Attorneys for Defendant, Encore Academy*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been forwarded to all counsel of record through CM/ECF on this 4th day of November, 2022.

*/s/ Denia S. Aiyegbusi*
**DENIA S. AIYEGBUSI**