UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother,<br>**JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY,<br>APPLY BUS COMPANY<br>PROTECTIVE INSURANCE<br>COMPANY, AND XYZ INSURANCE<br>COMPANY** | **MAGISTRATE JUDGE<br>JANIS VAN MEERVELD** |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DISCOVERY**

Defendant, Encore Academy ("Encore"), submits this Memorandum in Support of its Motion for Extension of Time:

**I.     Introduction**

Plaintiff Jessica Chisolm ("Plaintiff") filed this action on behalf of her minor child, A.E., on February 24, 2022, alleging violations of Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, Louisiana disability discrimination laws, and state law negligence.

On October 4, 2022, Plaintiff propounded Requests for Admission, Interrogatories, and Requests for Production on Defendant, Encore Academy. The discovery requests propounded by Plaintiff were extensive as they included 13 Requests for Admission, 33 Requests for Production, and 12 Interrogatories.

Given the extent of Plaintiff's discovery requests and Defendant's determination to provide thorough, substantive responses to Plaintiff's requests, Defendant has had to engage in an extensive investigation and needs additional time to finish gathering information. This is particularly true as Defendant is a single site school and the discovery was propounded during the

academic year. Accordingly, Defendant reached out to Plaintiff's counsel first thing in the morning on November 4, 2022—the day undersigned counsel believed Encore's responses to Plaintiff's Interrogatories, and Requests for Production were due—to inform Plaintiff's counsel that despite Encore's best efforts to complete its discovery responses, it needed additional time. In response, Plaintiff's counsel informed Defendant that the deadline to respond to discovery was the previous day, November 3, 2022. Upon review, it appears the deadline to respond to Plaintiff's discovery responses was mis-calendared as November 4, 2022 instead of November 3, 2022. Undersigned counsel did not intentionally miss the deadline to respond. It was an unfortunate calendaring mistake by counsel, and not one that should have a negative impact on the Defendant.

As of the filing of this Motion, Encore has responded to Plaintiff's Requests for Admission but needs additional time in which to complete its responses to the remaining written discovery propounded by Plaintiffs.

Accordingly, Encore requests a retroactive extension to today, November 4, 2022 to provide Responses to the Requests for Admission. Encore further respectfully requests additional time in which to respond to the Interrogatories and Requests for Production propounded by Plaintiff, A.E. by and through her mother, Jessica Chisolm, and seeks an extension up to and including Tuesday, November 29, 2022. Encore does not request an extension of any other deadlines, conferences, or the trial of this matter. Granting the requested extensions will not prejudice the Plaintiff.

Plaintiff's counsel has not consented to the above request.

**II.    Law and Argument**

Although the general rule is that a responding party must serve its answers and responses to Interrogatories, Requests for Production, and Requests for Admission within 30 days after being

served, the Federal Rules of Civil Procedure permit the Court to order that a party has a longer time to respond to Interrogatories, Requests for Production, and Requests for Admission. FED. R. CIV. P. RULES 33, 34 and 36.

Encore requires additional time in which to respond to the propounded by Plaintiff, A.E. by and through her mother, Jessica Chisolm. There is good cause for the requested extensions as Encore is still in the process of gathering information which may be responsive to the propounded requests and needs additional time to complete its search. No previous extensions related to these discovery requests have been requested by Defendant in this matter. Further, the calendaring error was an inadvertent error, and should not be held against Defendant.

**III.  Conclusion**

For the reasons stated above, Encore Academy respectfully requests that this Court find Encore has demonstrated good cause for the requested extensions of time and issue an Order extending the time within which to respond to Plaintiff's First Set of Requests for Admission retroactively to November 4, 2022, and an extension to provide responses to the Interrogatories and Requests for Production of Documents such that Defendant's responses would be due on or before Tuesday, November 29, 2022 as requested in the accompanying motion.

Respectfully submitted November 4, 2022.

*Signature Block Follows*

Respectfully submitted,

*[signature]*

JOHN JERRY GLAS (#24434)
jerry@deutschkerrigan.com
DENIA S. AIYEGBUSI (#31549)
denia@deutschkerrigan.com
MELISSA LESSELL (#32710)
mlessell@deutschkerrigan.com
CASEY B. WENDING (#38676)
cwendling@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504-593-0620
Facsimile:  504-566-4041
*Counsel for Encore Academy*