UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother,<br>JESSICA CHISOLM<br><br>VERSUS<br><br>ENCORE ACADEMY,<br>APPLY BUS COMPANY<br>PROTECTIVE INSURANCE<br>COMPANY, AND XYZ INSURANCE<br>COMPANY | CIVIL ACTION NO. 22-00491<br><br><br>JUDGE BARRY W. ASHE<br><br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

### ORDER

**CONSIDERING** the foregoing Motion for Extension of Time in Which to Respond to Discovery filed by Defendant, Encore Academy:

**IT IS ORDERED** that Defendant, Encore Academy, is hereby granted an extension up to and including Friday, November 4, 2022 in which to respond to Plaintiff's First Set of Requests for Admission.

**IT IS FURTHER ORDERED** that Defendant, Encore Academy, is hereby granted an extension up to and including Friday, November 4, 2022  Tuesday, November 29, 2022 in which to respond to Plaintiff's Interrogatories and Requests for Production of Documents.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2022.

_____

**MAGISTRATE JUDGE**
