UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother,<br>JESSICA CHISOLM | CIVIL ACTION NO. 22-00491 |
| VERSUS | |
| | JUDGE BARRY W. ASHE |
| ENCORE ACADEMY,<br>APPLY BUS COMPANY<br>PROTECTIVE INSURANCE<br>COMPANY, AND XYZ INSURANCE<br>COMPANY | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

Defendant, Encore Academy, brings for submission its Motion For Extension of Time in Which to Respond to Discovery along with supporting Memorandum and the Notice of Submission before the Honorable Janis Van Meerveld on November 23, 2022.

Respectfully submitted,

_____
JOHN JERRY GLAS (#24434)
jerry@deutschkerrigan.com
DENIA S. AIYEGBUSI (#31549)
denia@deutschkerrigan.com
MELISSA LESSELL (#32710)
mlessell@deutschkerrigan.com
CASEY B. WENDING (#38676)
cwendling@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504-593-0620
Facsimile:  504-566-4041
*Counsel for Encore Academy*