UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **A.E., by and through her mother, JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | |
| | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ENCORE ACADEMY'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

NOW COMES, Defendant, Encore Academy, ("Encore") appearing herein through undersigned counsel, who responds to Plaintiff's Requests for Admission as follows:

### RESPONSES TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Defendant was aware that Plaintiff had a diagnosis of ADHD while she was a student at Encore.

**RESPONSE TO REQUEST NO 1:**

Denied. Defendant was never provided with paperwork from a physician or duly licensed medical/mental health provider diagnosing A.E. with ADHD.

**REQUEST FOR ADMISSION NO. 2:**

Plaintiff's mother reported Plaintiff's ADHD diagnosis on a school health information form dated 10/21/13.

**RESPONSE TO REQUEST NO. 2:**

Admitted. However, Defendant was never provided with paperwork from a physician or duly licensed medical/mental health provider diagnosing A.E. with ADHD.

**REQUEST FOR ADMISSION NO. 3:**

Defendant knew that Plaintiff was receiving behavioral health services from a provider outside of school.

**RESPONSE TO REQUEST NO. 3:**

Defendant objects to this Request as the phrase "behavioral health services" is not defined. Subject to and without waiving this objection, Defendant denies this Request except to admit that during A.E.'s matriculation with Encore, the school received excuse slips dated November 11, 2015, October 26, 2016, and March 15, 2017, noting A.E. had been treated by Ekhaya Fresh Start Behavioral Health Office, but Encore was never provided an explanation of the treatment rendered or the reason for said treatment.

Encore did not receive any excuse slips reporting treatment with Ekhaya Fresh Start Behavioral Health Office or any other behavioral health office/provider during the 2019-2020 or 2020-2021 school years.

Further, Encore admits that A.E.'s family did not ever request that an outside behavioral health provider come to school to render services to A.E. and no executed release of information were provided to Encore.

**REQUEST FOR ADMISSION NO. 4:**

ADHD is a "disability" under federal and Louisiana antidiscrimination laws.

**RESPONSE TO REQUEST NO. 4**:

Defendant objects to this Request as it is both compound and calls for a legal conclusion. Subject to and without waiving this objection, Defendant denies this Request.

**REQUEST FOR ADMISSION NO. 5:**

Defendant never implemented an Individualized Education Plan (IEP) or a 504 Plan for Plaintiff.

**RESPONSE TO REQUEST NO. 5:**

Admitted; Jessica Chisolm never initiated the IEP process for A.E.

**REQUEST FOR ADMISSION NO. 6:**

Defendant was aware that Encore student ▮▮▮▮▮▮▮ was bullying and harassing Plaintiff before March 9, 2021.

**RESPONSE TO REQUEST NO. 6:**

Defendant objects to this Request as the terms "bullying" and "harassing" are not defined. Subject to and without waiving this objection, Defendant denies this Request except to admit that during A.E.'s matriculation with Encore, the school was made aware of only one other incident involving A.E. and B.H. That incident occurred on January 29, 2020, and, as a result of same, both A.E. and B.H. received one day suspensions.

**REQUEST FOR ADMISSION NO. 7:**

Defendant was aware that Encore students were bullying and harassing Plaintiff before March 9, 2021.

**RESPONSE TO REQUEST NO. 7:**

Defendant objects to this Request as the terms "bullying" and "harassing" are not defined. Subject to and without waiving this objection, Defendant denies this Request except to admit that during A.E.'s matriculation with Encore, the school was made aware of only one other incident involving A.E. and B.H. That incident occurred on January 29, 2020, and, as a result of same, both

A.E. and B.H. received one day suspensions. Defendant also investigated a reported incident between A.E. and W.O. (*See* Defendant's Answer to Paragraph 39 of Plaintiff's Complaint).

**REQUEST FOR ADMISSION NO. 8:**

Plaintiff's mother informed Defendant that Plaintiff was being bullied and harassed by Encore students.

**RESPONSE TO REQUEST NO. 8:**

Defendant objects to this Request as the terms "bullying" and "harassing" are not defined. Subject to and without waiving this objection, Defendant denies this Request except to admit that during A.E.'s matriculation with Encore, the school was made aware of only one other incident involving A.E. and B.H. That incident occurred on January 29, 2020, and, as a result of same, both A.E. and B.H. received one day suspensions. Defendant also investigated a reported incident between A.E. and W.O. (*See* Defendant's Answer to Paragraph 39 of Plaintiff's Complaint).

**REQUEST FOR ADMISSION NO. 9:**

Defendant was aware that Plaintiff was being bullied and harassed on the school bus by Encore students before March 9, 2021.

**RESPONSE TO REQUEST NO. 9:**

Defendant objects to this Request as the terms "bullying" and "harassing" are not defined. Subject to and without waiving this objection, denied.

**REQUEST FOR ADMISSION NO. 10:**

Defendant was aware of violence and bullying taking place on school buses transporting Encore students before March 9, 2021.

**RESPONSE TO REQUEST NO. 10:**

Defendant objects to this Request as the terms "bullying" and "harassing" are not defined. Subject to and without waiving this objection, Defendant admits negative interactions happen on school busses; some of these interactions are reported by the bus company/driver and some are not.

**REQUEST FOR ADMISSION NO. 11:**

Defendant did not take any steps to separate ▓▓▓▓ from Plaintiff on the school bus before March 9, 2021.

**RESPONSE TO REQUEST NO. 11:**

Admitted.

**REQUEST FOR ADMISSION NO. 12:**

Defendant did not take any steps to separate ▓▓▓▓ from Plaintiff in school before March 9, 2021.

**RESPONSE TO REQUEST NO. 12:**

Admitted.

**REQUEST FOR ADMISSION NO. 13:**

Plaintiff is a qualified individual with a disability.

**RESPONSE TO REQUEST NO. 13:**

Defendant objects to this Request as it is both compound and calls for a legal conclusion. Subject to and without waiving this objection, Defendant denies this Request.

Respectfully submitted,

_____
JOHN JERRY GLAS (#24434)
*jerry@deutschkerrigan.com*
DENIA S. AIYEGBUSI (#31549)
*denia@deutschkerrigan.com*
MELISSA M. LESSELL (#32710)
*mlessell@deutschkerrigan.com*
CASEY B. WENDLING (#38676)
*cwendling@deustchkerrigan.com*
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581 5141
Facsimile: (504) 566 1201
*Attorneys for Defendant, Encore Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, the foregoing pleading was sent to all counsel of record via electronic mail.

_____
**Denia S. Aiyegbusi**