# Wendling, Casey

| Attachments: | 2022.11.04 Encore's Responses to Requests for Admission (Chisolm).pdf |

**From:** Aiyegbusi, Denia S. <denia@deutschkerrigan.com>
**Sent:** Friday, November 4, 2022 5:52 PM
**To:** Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Guy D. Perrier <gperrier@perrierlacoste.com>; Jean E. Lavidalie, Jr. <JLavidalie@perrierlacoste.com>; Wendling, Casey <cwendling@deutschkerrigan.com>; William Most <williammost@gmail.com>; Zachary P. Fickes <zfickes@perrierlacoste.com>; Lessell, Melissa <mlessell@deutschkerrigan.com>
**Subject:** RE: A.E. v. Encore et al. -Status of Encore policy, Amended Petition, and request for extension of discovery

Caroline –

Thank you for your email. We mistakenly had the 30-day deadline calendared as today. I apologize for not recognizing that mistake on our end before emailing you about the extension.

I understand the position you are taking with respect to my client's discovery responses, but, nonetheless, left my conference early to get with my client and finalize the responses to Requests for Admission. Those responses are attached hereto.

This evening, we will also file a Motion for Extension of Time with the Court concerning the answers to Interrogatories and Responses to Requests for Production. That motion will also request a retroactive extension of the Requests for Admission deadline until today. The Motion will advise of your objection and will be submitted as a contradictory motion.

Again, I apologize for the calendaring error.

Have a wonderful weekend.

**Denia S. Aiyegbusi**
Deutsch Kerrigan, L.L.P.
Partner
T. 504.581.5141 | D. 504.593.0690 | M. 504.723.6980 | F. 504.566.4090 | denia@deutschkerrigan.com
755 Magazine St. | New Orleans, LA 70130



**From:** Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Sent:** Friday, November 4, 2022 2:13 PM
**To:** Aiyegbusi, Denia S. <denia@deutschkerrigan.com>
**Cc:** Guy D. Perrier <gperrier@perrierlacoste.com>; Jean E. Lavidalie, Jr. <JLavidalie@perrierlacoste.com>; Wendling, Casey <cwendling@deutschkerrigan.com>; William Most <williammost@gmail.com>; Zachary P. Fickes <zfickes@perrierlacoste.com>
**Subject:** Re: A.E. v. Encore et al. -Status of Encore policy, Amended Petition, and request for extension of discovery

***EXTERNAL SENDER***

Denia,

Our general policy is to liberally agree to extensions of time when requested before a deadline has arrived. Here, however, you are asking for an extension *after* the deadline has already come and passed. So it's fine with us if you need

that additional time to provide full substantive responses to the RFPs and interrogatories. But certain things have already happened automatically by operation of the FRCP:

First, any objections have been waived. See FRCP 33(b)(4) ("Any ground not stated in a timely objection is waived unless the court, for good cause, excuses the failure.") So we expect full, substantive responses without objections.

Second, the RFAs are deemed admitted. Because "Rule 36 is self-executing, all of the requests are deemed admitted by default and an order deeming the requests admitted is unnecessary." *Gauthe v. Mercer*, 15-26, 2015 WL 5320651, at * 2 (M.D. La. Sept. 11, 2015). Thus, a deemed admission may only be withdrawn by motion when the moving party satisfies the conditions set forth in Rule 36(b). *American Auto. Ass'n v. AAA Legal Clinic*, 930 1117, 1119 (5th Cir. 1991).

Thank you,

Caroline