UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, **JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**NOTICE OF SUBMISSION**

TO:   ALL COUNSEL OF RECORD

Defendant, Encore Academy, brings for submission its Rule 36(B) Motion to Withdraw and Amend Deemed Admissions along with supporting Memorandum and the Notice of Submission before the Honorable Janis Van Meerveld on November 30, 2022.

Respectfully submitted,

_____
JOHN JERRY GLAS (#24434)
jerry@deutschkerrigan.com
DENIA S. AIYEGBUSI (#31549)
denia@deutschkerrigan.com
MELISSA LESSELL (#32710)
mlessell@deutschkerrigan.com
CASEY B. WENDING (#38676)
cwendling@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504-593-0620
Facsimile:  504-566-4041
*Counsel for Encore Academy*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been forwarded to all counsel of record through CM/ECF on this 10th day of November, 2022.

_____
**DENIA S. AIYEGBUSI**