UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **A.E., by and through her mother, JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER

**CONSIDERING** the foregoing Rule 36(B) Motion to Withdraw and Amend Deemed Admissions filed by Defendant, Encore Academy:

**IT IS ORDERED** that the Rule 36(B) Motion to Withdraw and Amend Deemed Admissions filed by Defendant, Encore Academy is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the admissions previously deemed admitted are hereby withdrawn and/or may be amended by Encore Academy.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2022.

_____
**MAGISTRATE JUDGE**