UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, ) <br> JESSICA CHISOLM. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENCORE ACADEMY et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:22-cv-00491 <br><br> Judge Barry W. Ashe <br> Magistrate Judge Janis van Meerveld |

### Notice of No Opposition to Rule 36(b) Motion to Withdraw and Amend Deemed Admissions

Now comes Plaintiff A.E., by and through her mother Jessica Chisolm, to express her non-opposition to Defendant Encore Academy's Rule 36(b) Motion Withdraw and Amend Deemed Admissions. R. Doc. 14. Defendant initially filed a Motion to Extend Deadlines (R. Doc. 12), which Plaintiff opposed, citing Defendant's lack of argument pursuant to Rule 36(b). Upon review of Defendant's Rule 36(b) Motion—considering the factors of Rule 36(b) and the diligence of Defendant—Plaintiff does not oppose the motion.

Respectfully submitted:

/s/ *Caroline Gabriel*
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(985) 441-9355
caroline.gabriel.ma@gmail.com
williammost@gmail.com

*Attorneys for Plaintiff A.E.*

1