UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSICA CHISHOLM on behalf of her daughter, A.E. | * | CIVIL ACTION NO. 22-491 |
| | * | |
| | * | SECTION: "M"(1) |
| VERSUS | * | |
| | * | JUDGE BARRY W. ASHE |
| ENCORE ACADEMY, APPLE BUS CO., PROTECTIVE INSURANCE CO. | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

On November 4, 2022, defendant Encore Academy filed a Motion for Extension of Time in Which to Respond to Discovery Requests (Rec. Doc. 12), seeking an extension through November 4, 2022, to respond to plaintiff Jessica Chisholm's Requests for Admission and an extension to November 29, 2022, to respond to Chisholm's Interrogatories and Requests for Production of Documents. Encore Academy argued that the delay in responding to the Requests for Admission or timely requesting an extension was due to an inadvertent calendaring error and further that it was still gathering information responsive to the discovery requests. Chisholm opposed, arguing that Encore Academy did not request the extension until after the deadline to respond to discovery had passed on November 3, 2022, and that, as a result, her Requests for Admission were automatically deemed admitted and that Encore Academy had waived any objections to her Interrogatories. She did not speak to the November 29, 2022, extension.

Thereafter, on November 10, 2022, Encore Academy filed a Motion to Withdraw and Amend Deemed Admissions. (Rec. Doc. 14). Chisholm responded that, having reviewed Encore Academy's motion and having considered the factors of Federal Rule of Civil Procedure 36(b), she does not oppose the motion.

IT IS ORDERED that the Motion for Extension of Time (Rec. Doc. 12) is GRANTED in part and DENIED in part. Encore Academy shall have until November 29, 2022, to respond to

Chisholm's Requests for Production of Documents and Interrogatories. The court finds that Encore Academy's failure to timely request an extension was inadvertent and did not prejudice Chisholm and further that Encore Academy's need for an additional 26 days to collect responsive documents and information is reasonable under the circumstances. Accordingly, the court finds that Encore Academy has established good cause and that its objections to Interrogatories and Requests for Production of Documents have not been waived.

IT IS FURTHER ORDERED that the Motion to Withdraw and Amend Deemed Admissions (Rec. Doc. 14) is GRANTED. Encore Academy's admissions to Chisholm's Requests for Admission are hereby withdrawn and replaced with the Objections and Responses to Plaintiff's Requests for Admission served by Encore Academy on November 4, 2022.

New Orleans, Louisiana, this 28th day of November, 2022.

_____
Janis van Meerveld
United States Magistrate Judge