UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM.<br><br>    Plaintiff,<br><br>v.<br><br>ENCORE ACADEMY,<br>APPLE BUS COMPANY<br>PROTECTIVE INSURANCE COMPANY, and<br>NOVA CASUALTY COMPANY<br><br>    Defendants. | Case No. 2:22-cv-00491<br><br>Judge Barry W. Ashe<br>Magistrate Judge Janis van Meerveld |

**Plaintiff's Unopposed Motion for Leave to File First Amended Complaint**

Plaintiff A.E., by and through her mother Jessica Chisolm, by and through counsel, hereby moves this Court for leave to file a first amended complaint.

Plaintiff filed suit against Defendants for violations of Title II of the ADA, Section 504 of the Rehabilitation Act, Louisiana disability discrimination laws, and state law negligence. Not knowing the identity of Defendant Encore Academy's insurer, Plaintiff named placeholder "XYZ Insurance Companies" for her direct-action claim. R. Doc. 1 at ¶ 15.

On July 6, 2022, Defendant Encore Academy provided Plaintiff with the name of their insurer: Nova Casualty Company. In their Initial Disclosures, Defendant Encore Academy also stated they were in the process of determining whether there were any other applicable insurance policies and would supplement if and when they made this determination.

On August 25, 2022, Plaintiff's counsel reached out to counsel for Encore Academy to inform them of Plaintiff's intent to seek leave to amend her Complaint and to request disclosure of any additional insurance policies for Defendants. On August 26, 2022, Defense counsel replied that she would follow up with Defendant Encore about any additional policies. On September 9, 2022, Defense counsel informed Plaintiff's counsel that she believed there was an additional

policy, but she needed to confirm dates of coverage. Defense counsel stated she would provide Plaintiff with the information as soon as she had it so Plaintiff could include the information in the Amended Complaint.

After several attempts to contact Defense counsel regarding this matter, Defendant Encore never provided Plaintiff with an additional insurer.[1] On November 2, 2022, per Defendants' request, undersigned counsel sent a draft of the First Amended Complaint for Defendants' review. On December 8, 2022, Defendants replied that they have no objections, reserving rights to defenses in responsive pleadings.

Accordingly, Plaintiff seeks leave to file the First Amended Complaint that amends the prior pleading in three ways:

1. It substitutes "Nova Casualty Company" for "XYZ Insurance Companies."
2. It names both Nova Casualty Company and Protective Insurance Company in Count Five – State Law Direct Action Claim.
3. Corrected the numbered paragraph for the entire document.

For these reasons, Plaintiff requests that the motion be granted, and she be allowed leave to file her First Amended Complaint.

Respectfully Submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
Tel: 985-441-9355
Email: caroline.gabriel.ma@gmail.com

***Counsel for Plaintiff, A.E. through Jessica Chisolm***

---

[1] Defendants did produce insurance policies in discovery production on November 30, 2022.