UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother,<br>JESSICA CHISOLM.<br><br>    Plaintiff,<br><br>v.<br><br>ENCORE ACADEMY,<br>APPLE BUS COMPANY<br>PROTECTIVE INSURANCE COMPANY, and<br>NOVA CASUALTY COMPANY<br><br>    Defendants. | Case No. 2:22-cv-00491<br><br>Judge Barry W. Ashe<br>Magistrate Judge Janis van Meerveld |

**ORDER**

Having duly considered Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and the arguments in support, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiffs proposed pleading shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 202\_\_.

_____

EASTERN DISTRICT OF LOUISIANA