UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM *ex rel.* A.E. | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY, *et al.* | SECTION M (1) |

# ORDER

Considering the unopposed motion of plaintiff A.E., by and through her mother Jessica Chisolm, for leave to file first amended complaint (R. Doc. 17),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the amended complaint be filed into the record of the above-captioned matter.

New Orleans, Louisiana, this 9th day of December, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE