UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.E., by and through her mother, | * | CIVIL ACTION NO.: 2:22-00491 |
| JESSICA CHISOLM | * | |
| | * | |
| Plaintiffs, | * | JUDGE: Barry W. Ashe |
| | * | |
| VERSUS | * | MAG. JUDGE: Janis van Meerveld |
| | * | |
| ENCORE ACADEMY, | * | **JURY TRIAL** |
| APPLE BUS COMPANY, | * | |
| PROTECTIVE INSURANCE COMPANY, and | * | |
| XYZ INSURANCE COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

## <u>ANSWER TO THE COMPLAINT</u>

**NOW INTO COURT**, through undersigned counsel, come Defendants, Apple Bus Company and Protective Insurance Company (hereinafter, "Defendants"), who Answer the Complaint of Plaintiffs as follows:

### DEFENSE

The Complaint fails to state a cause of action against Apple Bus Company.

### INTRODUCTION

### I.

The allegations contained in Paragraph 1 of the Complaint are not directed to these Defendants. To the extent that they are directed to these Defendants, the allegations contained in

Paragraph 1 of the Complaint are denied.

II.

The allegations contained in Paragraph 2 of the Complaint are not directed to these Defendants.  Additionally, the allegations contained in Paragraph 2 of the Complaint state legal conclusions that do not require an Answer from Defendants. To the extent that an Answer is required from these Defendants, the allegations contained in Paragraph 2 of the Complaint are denied.

III.

The allegations contained in Paragraph 3 of the Complaint are not directed to these Defendants.  Additionally, the allegations contained in Paragraph 3 of the Complaint state legal conclusions that do not require an Answer from Defendants. To the extent that an Answer is required from these Defendants, the allegations contained in Paragraph 3 of the Complaint are denied.

IV.

The allegations contained in Paragraph 4 of the Complaint are not directed to these Defendants.  Additionally, the allegations contained in Paragraph 4 of the Complaint state legal conclusions that do not require an Answer from Defendants. To the extent that an Answer is required from these Defendants, the allegations contained in Paragraph 4 of the Complaint are denied.

V.

The allegations contained in Paragraph 5 of the Complaint are not directed to these Defendants.  Additionally, the allegations contained in Paragraph 5 of the Complaint state legal conclusions that do not require an Answer from Defendants. To the extent that an Answer is

required from these Defendants, the allegations contained in Paragraph 5 of the Complaint are denied.

## VI.

The allegations contained in Paragraph 6 of the Complaint are not directed to these Defendants.  Additionally, the allegations contained in Paragraph 6 of the Complaint state legal conclusions that do not require an Answer from Defendants. To the extent that an Answer is required from these Defendants, the allegations contained in Paragraph 6 of the Complaint are denied.

## VII.

The allegations contained in Paragraph 7 of the Complaint are denied.

## VIII.

The allegations contained in Paragraph 8 of the Complaint are denied.

## IX.

The allegations contained in Paragraph 9 of the Complaint state conclusions of law which do not require an Answer.  To the extent that they require an Answer, Defendants deny the allegations contained in Paragraph 9 of the Complaint.

## X.

The allegations contained in Paragraph 10 of the Complaint are not directed to these Defendants.  Additionally, the allegations contained in Paragraph 10 of the Complaint state legal conclusions that do not require an Answer from Defendants. To the extent that an Answer is required from these Defendants, the allegations contained in Paragraph 10 of the Complaint are denied.

**JURISDICTION AND VENUE**

XI.

The allegations contained in Paragraph 11 of the Complaint state conclusions of law which do not require an Answer.  To the extent that they require an Answer, Defendants deny the allegations contained in Paragraph 11 of the Complaint.

XII.

The allegations contained in Paragraph 12 of the Complaint state conclusions of law which do not require an Answer.  To the extent that they require an Answer, Defendants deny the allegations contained in Paragraph 12 of the Complaint.

**PARTIES**

XIII.

The allegations contained in Paragraph 13 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 13 of the Complaint.

XIV.

The allegations contained in Paragraph 14 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 14 of the Complaint.

XV.

The allegations contained in the Paragraph 15 of the Complaint state conclusions of law which do not require an Answer.  To the extent that they require an Answer, Defendants deny the

allegations contained in Paragraph 15 of the Complaint, except to admit that Apple Bus Company conducted business within the jurisdiction of the Eastern District of Louisiana.

## XVI.

The allegations contained in Paragraph 16 of the Complaint state conclusions of law which do not require an Answer.  To the extent that an Answer is required, Defendants deny the allegations contained in paragraph 16 of the Complaint, except to admit that Protective Insurance Company issued a Policy of Insurance under Policy No. 5G-102629 for the policy period of July 1, 2020 through July 1, 2021 to Apple Bus Company.  The Policy is in writing and it is the best evidence of its contents.  Any attempts to expand, contradict, or modify the Policy terms is expressly denied.

## XVII.

The allegations contained in Paragraph 17 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 17 of the Complaint.

## XVIII.

The allegations contained in the Paragraph 18 of the Complaint state conclusions of law which do not require an Answer.  To the extent that they require an Answer, Defendants deny the allegations contained in Paragraph 18 of the Complaint are denied.

## STATEMENT OF FACTS

## XIX.

The allegations contained in Paragraph 19 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they

require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 19 of the Complaint.

## XX.

The allegations contained in Paragraph 20 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 20 of the Complaint.

## XXI.

The allegations contained in Paragraph 21 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 21 of the Complaint.

## XXII.

The allegations contained in Paragraph 22 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 22 of the Complaint.

## XXIII.

The allegations contained in Paragraph 23 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 23 of the Complaint.

XXIV.

The allegations contained in Paragraph 24 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 24 of the Complaint for lack of sufficient knowledge and information to justify a belief therein.

XXV.

The allegations contained in Paragraph 25 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 25 of the Complaint.

XXVI.

The allegations contained in Paragraph 26 of the Complaint are not directed to these Defendants and state conclusions of law which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 26 of the Complaint.

XXVII.

The allegations contained in Paragraph 27 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 27 of the Complaint.

XXVIII.

The allegations contained in Paragraph 28 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 28 of the Complaint.

XXIX.

The allegations contained in Paragraph 29 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 29 of the Complaint.

XXX.

The allegations contained in Paragraph 30 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 30 of the Complaint.

XXXI.

The allegations contained in Paragraph 31 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 31 of the Complaint.

XXXII.

The allegations contained in Paragraph 32 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 32 of the Complaint.

XXXIII.

The allegations contained in Paragraph 33 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 33 of the Complaint.

XXXIV.

The allegations contained in Paragraph 34 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from

these Defendants, Defendants deny the allegations contained in Paragraph 34 of the Complaint.

XXXV.

The allegations contained in Paragraph 35 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 35 of the Complaint.

XXXVI.

The allegations contained in Paragraph 36 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 36 of the Complaint.

XXXVII.

The allegations contained in Paragraph 37 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 37 of the Complaint.

XXXVIII.

The allegations contained in Paragraph 38 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 38 of the Complaint.

XXXIX.

The allegations contained in Paragraph 39 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 39 of the Complaint.

XL.

The allegations contained in Paragraph 40 of the Complaint are not directed to these

Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 40 of the Complaint.

XLI.

The allegations contained in Paragraph 41 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 41 of the Complaint.

XLII.

The allegations contained in Paragraph 42 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 42 of the Complaint.

XLIII.

The allegations contained in Paragraph 43 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 43 of the Complaint.

XLIV.

The allegations contained in Paragraph 43 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 43 of the Complaint.

XLV.

The allegations contained in Paragraph 45 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 45 of the Complaint.

XLVI.

The allegations contained in Paragraph 46 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 46 of the Complaint.

XLVII.

The allegations contained in Paragraph 47 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 47 of the Complaint.

XLVIII.

The allegations contained in Paragraph 48 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 48 of the Complaint.

XLIX.

The allegations contained in Paragraph 49 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 49 of the Complaint.

L.

The allegations contained in Paragraph 50 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 50 of the Complaint.

LI.

The allegations contained in Paragraph 51 of the Complaint are denied.

LII.

The allegations contained in Paragraph 52 of the Complaint are denied, except to admit that A.E. rode the bus.

LIII.

The allegations contained in Paragraph 53 of the Complaint are denied, except to admit that A.E. rode the bus.

LIV.

The allegations contained in Paragraph 54 of the Complaint are denied.

LV.

The allegations contained in Paragraph 55 of the Complaint are denied.

LVI.

The allegations contained in Paragraph 56 of the Complaint are denied.

LVII.

The allegations contained in Paragraph 57 of the Complaint are denied.

LVIII.

The allegations contained in Paragraph 58 of the Complaint are denied.

LIX.

The allegations contained in Paragraph 59 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 59 of the Complaint.

LX.

The allegations contained in Paragraph 60 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from

these Defendants, Defendants deny the allegations contained in Paragraph 60 of the Complaint.

## LXI.

The allegations contained in Paragraph 61 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 61 of the Complaint.

## LXII.

The allegations contained in Paragraph 62 of the Complaint are denied.

## LXIII.

The allegations contained in Paragraph 63 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 63 of the Complaint.

## LXIV.

The allegations contained in Paragraph 64 of the Complaint are denied, except to admit that A.E. rode the bus on March 9, 2021.

## LXV.

The allegations contained in Paragraph 65 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 65 of the Complaint, except to admit that other children were in the bus.  Defendants further aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H.

## LXVI.

The allegations contained in Paragraph 66 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from

these Defendants, Defendants deny the allegations contained in Paragraph 66 of the Complaint, except to aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H.

### LXVII.

The allegations contained in Paragraph 67 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 67 of the Complaint, except to aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H.

### LXVIII.

The allegations contained in Paragraph 68 of the Complaint are denied.

### LXIX.

The allegations contained in Paragraph 69 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 69 of the Complaint, except to aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H.

### LXX.

The allegations contained in Paragraph 70 of the Complaint are not directed to these Defendants which do not require an Answer.  To the extent that they require an Answer from these Defendants, Defendants deny the allegations contained in Paragraph 70 of the Complaint, except to aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H.

LXXI.

The allegations contained in Paragraph 71 of the Complaint are denied and Defendants aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H..

LXXII.

The allegations contained in Paragraph 72 of the Complaint are denied and Defendants aver that any damages that Plaintiffs may have sustained were sustained due to the acts of B.H.

LXXIII.

The allegations contained in Paragraph 73 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 73 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXIV.

The allegations contained in Paragraph 74 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 74 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXV.

The allegations contained in Paragraph 75 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 75 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXVI.

The allegations contained in Paragraph 76 of the Complaint are not directed to these

Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 76 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXVII.

The allegations contained in Paragraph 77 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 77 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXVIII.

The allegations contained in Paragraph 78 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 78 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXIX.

The allegations contained in Paragraph 79 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 79 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXX.

The allegations contained in Paragraph 80 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 80 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXXI.

The allegations contained in Paragraph 81 of the Complaint are denied.

LXXXII.

The allegations contained in Paragraph 82 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 82 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXXIII.

The allegations contained in Paragraph 83 of the Complaint are not directed to these Defendants.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 83 of the Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.

LXXXIV.

The allegations contained in Paragraph 84 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 84 of the Complaint are denied.

**COUNT ONE**

LXXXV.

The allegations contained in Paragraph 85 of the Complaint state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 85 of the Complaint are denied and Defendants reaver and reallege their Answers and Defenses.

LXXXVI.

The allegations contained in Paragraph 86 of the Complaint state conclusions of law. To the extent that the allegations contained in Paragraph 86 of the Complaint require an Answer from these Defendants, the allegations contained in Paragraph 86 of the Complaint are denied.

LXXXVII.

The allegations contained in Paragraph 87 of the Complaint state conclusions of law. Additionally, they are not directed to these Defendants. To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 87 of the Complaint are denied.

LXXXVIII.

The allegations contained in Paragraph 88 of the Complaint state conclusions of law. Additionally, they are not directed to these Defendants. To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 88 of the Complaint are denied.

LXXXIX.

The allegations contained in Paragraph 89 of the Complaint are not directed to these Defendants and state conclusions of law. To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 89 of the Complaint are denied.

XC.

The allegations contained in Paragraph 90 of the Complaint are not directed to these Defendants and state conclusions of law. To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 90 of the Complaint are denied.

XCI.

The allegations contained in Paragraph 91 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 91 of the Complaint are denied.

XCII.

The allegations contained in Paragraph 92 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 92 of the Complaint are denied.

XCIII.

The allegations contained in Paragraph 93 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 93 of the Complaint are denied.

XCIV.

The allegations contained in Paragraph 94 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 94 of the Complaint are denied.

**COUNT TWO**

XCV.

The allegations contained in Paragraph 95 of the Complaint state conclusions of law.  To the extent that they require an Answer from these Defendants, they are denied and Defendants reaver and reallege their Answers and Defenses.

XCVI.

The allegations contained in Paragraph 96 of the Complaint are not directed to these

Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 96 of the Complaint are denied.

## XCVII.

The allegations contained in Paragraph 97 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 97 of the Complaint are denied.

## XCVIII.

The allegations contained in Paragraph 98 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 98 of the Complaint are denied.

## XCIX.

The allegations contained in Paragraph 99 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 99 of the Complaint are denied.

## C.

The allegations contained in Paragraph 100 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 100 of the Complaint are denied.

## COUNT THREE

## CI.

The allegations contained in Paragraph 101 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied and Defendants reaver and reallege their Answers and Defenses.

CII.

The allegations contained in Paragraph 102 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 102 of the Complaint are denied.

CIII.

The allegations contained in Paragraph 103 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 103 of the Complaint are denied.

CIV.

The allegations contained in Paragraph 104 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 104 of the Complaint are denied.

CV.

The allegations contained in Paragraph 105 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 105 of the Complaint are denied.

**COUNT FOUR**

CVI.

The allegations contained in Paragraph 106 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied and Defendants reaver and reallege their Answers and Defenses.

CVII.

The allegations contained in Paragraph 107 of the Complaint are not directed to these

Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 107 of the Complaint are denied.

## CVIII.

The allegations contained in Paragraph 108 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 108 of the Complaint are denied.

## CIX.

The allegations contained in Paragraph 109 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 109 of the Complaint are denied.

## CX.

The allegations contained in Paragraph 110 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 110 of the Complaint are denied.

## CXI.

The allegations contained in Paragraph 111 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 111 of the Complaint are denied.

## CXII.

The allegations contained in Paragraph 112 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 112 of the Complaint are denied.

CXIII.

The allegations contained in Paragraph 113 of the Complaint are not directed to these Defendants and state conclusions of law.  To the extent that they require an Answer from these Defendants, the allegations contained in Paragraph 113 of the Complaint are denied.

**COUNT FIVE**

CXIV.

The allegations contained in Paragraph 114 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied and Defendants reaver and reallege their Answers and Defenses.

CXV.

The allegations contained in Paragraph 115 of the Complaint state conclusions of law which do not require an Answer.  To the extent that an Answer is required, Defendants deny the allegations contained in paragraph 115 of the Complaint, except to admit that Protective Insurance Company issued a Policy of Insurance under Policy No. 5G-102629 for the policy period of July 1, 2020 through July 1, 2021 to Apple Bus Company.  The Policy is in writing and it is the best evidence of its contents.  Any attempts to expand, contradict, or modify the Policy terms is expressly denied.

CXVI.

The allegations contained in Paragraph 116 of the Complaint state conclusions of law which do not require an Answer.  To the extent that an Answer is required, Defendants deny the allegations contained in paragraph 116 of the Complaint, except to admit that Protective Insurance Company issued a Policy of Insurance under Policy No. 5G-102629 for the policy period of July 1, 2020 through July 1, 2021 to Apple Bus Company.  The Policy is in writing and

it is the best evidence of its contents.  Any attempts to expand, contradict, or modify the Policy terms is expressly denied.

CXVII.

The allegations contained in Paragraph 117 of the Complaint state conclusions of law which do not require an Answer.  To the extent that an Answer is required, Defendants deny the allegations contained in paragraph 117 of the Complaint, except to admit that Protective Insurance Company issued a Policy of Insurance under Policy No. 5G-102629 for the policy period of July 1, 2020 through July 1, 2021 to Apple Bus Company.  The Policy is in writing and it is the best evidence of its contents.  Any attempts to expand, contradict, or modify the Policy terms is expressly denied.

CXVIII.

The allegations contained in Paragraph 118 of the Complaint state conclusions of law which do not require an Answer.  To the extent that an Answer is required, Defendants deny the allegations contained in paragraph 118 of the Complaint, except to admit that Protective Insurance Company issued a Policy of Insurance under Policy No. 5G-102629 for the policy period of July 1, 2020 through July 1, 2021 to Apple Bus Company.  The Policy is in writing and it is the best evidence of its contents.  Any attempts to expand, contradict, or modify the Policy terms is expressly denied.

SECTION REGARDING RELIEF REQUESTED

CXIX.

The allegations contained in Paragraph 119 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied, including the allegations contained in subsections (a) to (e).

24

CXX.

The allegations contained in Paragraph 120 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied, including the allegations contained in subsections (a) to (f).

CXXI.

The allegations contained in Paragraph 121 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied.

CXXII.

The allegations contained in Paragraph 122 of the Complaint state conclusions of law. To the extent that they require an Answer from these Defendants, they are denied.

CXXIII.

The allegations contained in Paragraph 123 of the Complaint state conclusions of law that do not require an Answer.  Defendants request a jury on all issues.

CXXIV.

The allegations contained in the Complaint not previously denied are denied herein.


AND NOW, further Answering the Petition for Damages, Defendants, Apple Bus Company and Protective Insurance Company (hereinafter, "Defendants"), aver as follows:

CXXV.

The Complaint fails to state a cause of action against Apple Bus Company.

CXXVI.

Defendants aver that Plaintiff's damages, if any, were caused solely or contributed to, by the negligence, want of care and/or fault, and/or the intentional acts of the minor, B.H. and/or

third parties, for whom Defendants are not responsible, and as such, the negligence and/or the intentional acts of those parties should serve to negate and/or substantially reduce any damages for which Defendants may be responsible, which Defendants deny.  Defendants assert the provisions of Louisiana Civil Code Articles 2323 and 2324 for assessment of fault against all persons and entities.

CXXVII.

Alternatively, and only in the event that this Court should find Plaintiff to be entitled to any judgment herein against Defendants, which is denied, then in that event only, Defendants incorporate herein, by reference, the allegations set forth above concerning the negligence, fault and/or want of due care on the part of the B.H. and/or third parties, for whom Defendants cannot be responsible or liable, and avers that the amount of such an award should be reduced in proportion to the degree or percentage of their fault.

CXXVIII.

Out of an abundance of caution only, Defendants aver that, if Defendants should be found liable for Plaintiff's alleged injuries and damages, all of which are specifically denied, then any recovery by Plaintiff should be barred or appropriately reduced by Plaintiff's failure to mitigate damages, which mitigation is required by law.

CXXIX.

Out of an abundance of caution, Defendants aver that the injuries and resulting disability alleged by Plaintiff existed prior to the accident in question, or was sustained subsequent to the accident in question, and as such, Defendants are not liable for the alleged injuries, disabilities or resulting damages sustained by Plaintiff.  In the alternative, and only in the event that the pre-existing injuries were aggravated by the incident in question, Defendants aver entitlement to

limitation of any damage caused against Defendants to those resulting from the aggravation alone, and not from the pre-existing or subsequent injuries.

CXXX.

Defendants aver that should Plaintiff prevail on Plaintiff's principal demand against Defendants, Defendants are entitled to a credit for the full amount of any payments and/or settlement entered into between Plaintiff and any other person and/or insurer.

CXXXI.

Out of an abundance of caution, Defendants aver that should Plaintiff prevail on Plaintiff's principal demand against Defendants, Defendants are entitled to a full credit or off set for the full amount of any payments and/or settlement entered into between Plaintiff and any other person and/or insurer.

CXXXII.

Further answering, if Defendants are found to owe payments to Plaintiff, which is denied at this time, Defendants aver that it is entitled to a credit and/or off-set for any sums paid to or on behalf of Plaintiff by other defendants, by any other insurer, or by any person or entity, and further expressly pleads extinguishment of and/or all said obligations which may be found due Plaintiff, to the full extent of such payments.

CXXXIII.

To the extent Plaintiff seeks entitlement to medical costs or expenses incurred but not actually paid to the health care providers because of Medicare or contract, Defendants assert that pursuant to *Bozeman v. State of Louisiana*, 2003-1016 (La. 7/2/94); 879 So. 2d 692 and *Hoffman v. 21st Century North America Ins. Co*., 2014-2279 (La. 10/2/15) 299 So. 3d 702, Plaintiff is prohibited from recovering such costs, or expenses not actually paid to Medicaid or any health

care providers.  Additionally, Defendants aver that Plaintiff is not entitled to recover the full amount of any medical expenses which were reduced or discounted for an attorney.

CXXXIV.

Defendants reserve the right to amend this Answer and set forth additional affirmative answers as discovery is ongoing and the facts may later disclose and require a further defense.

**JURY DEMAND**

Defendants are entitled to and request a trial by jury on all issues herein.


WHEREFORE, Defendants, Apple Bus Company and Protective Insurance Company, pray this Answer be deemed good and sufficient, and that after all legal delays, there be judgment rendered herein against Plaintiffs dismissing Plaintiffs' suit at Plaintiffs' costs. Defendants further request a trial by jury.

Respectfully submitted,

*s/ Jean E. Lavidalie, Jr.*
GUY D. PERRIER, #20323, T.A.
JEAN E. LAVIDALIE, JR., #27547
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  gperrier@perrierlacoste.com
**Direct Dial:  (504) 212-8822**
Email:  jlavidalie@perrierlacoste.com
**Direct Dial:  (504) 212-8823**
**Cell Phone:  (504) 881-3857**
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2023, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all enrolled counsel of record.

*s/ Jean E. Lavidalie, Jr.*