UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM.<br><br>  Plaintiff,<br><br>v.<br><br>ENCORE ACADEMY,<br>APPLE BUS COMPANY<br>PROTECTIVE INSURANCE COMPANY, and<br>NOVA CASUALTY COMPANY<br><br>  Defendants. | Case No. 2:22-cv-00491<br><br>Judge Barry W. Ashe<br>Magistrate Judge Janis van Meerveld |

## CONSENT MOTION TO SET STATUS CONFERENCE TO AMEND SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff A.E., by and through her mother, Jessica Chisolm, who, with consent of Defendants, moves this Court to set a status conference for the purpose of amending its scheduling order to extend all deadlines and the trial date in this matter.

This court issued a scheduling order on July 12, 2022, which set a five-day, jury trial to start May 22, 2023, as well as several pretrial deadlines. R. Doc. 9. The parties have diligently engaged in discovery, but a substantial range of discovery issues remain disputed. Additionally, Plaintiff's counsel will be engaged in a three-week trial in the Middle District in Judge John W. deGravelles' courtroom from January 30, 2023, through February 17, 2023, and so are unavailable during that time.

WHEREFORE, Plaintiff, with consent of Defendants, requests that this Court set a status conference for the purpose of rescheduling the deadlines and trial in order to have sufficient time to finish discovery and effectively prepare for trial.

[*Signature on the following page*.]

Respectfully Submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
Tel: 985-441-9355
Email: caroline.gabriel.ma@gmail.com

***Counsel for Plaintiff, A.E. through Jessica Chisolm***