UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

A.E., by and through her mother,           )
JESSICA CHISOLM.                           )
                                           )        Case No. 2:22-cv-00491
        Plaintiff,                         )
                                           )        Judge Barry W. Ashe
        v.                                 )        Magistrate Judge Janis van Meerveld
                                           )
ENCORE ACADEMY,                            )
APPLE BUS COMPANY                          )
PROTECTIVE INSURANCE COMPANY, and          )
NOVA CASUALTY COMPANY                      )
                                           )
        Defendants.                        )
                                           )

## ORDER

Considering the foregoing *Consent Motion to Set Status Conference to Amend Scheduling Order*,

IT IS HEREBY ORDERED that the motion is GRANTED. A telephonic status conference is hereby set for the _____ day of _____, 2023 at _____.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____