UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM *ex rel.* A.E. | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY, *et al.* | SECTION M (1) |

## **ORDER**

Before the Court is the consent motion of plaintiff A.E., by and through her mother Jessica Chisolm, in which plaintiff requests the rescheduling of pretrial deadlines and trial.[1] Construing the motion as a consent motion to continue trial and pretrial deadlines,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that a scheduling conference will be held on January 25, 2023, at 2:30 p.m. for the purpose of rescheduling pretrial deadlines and trial on the merits. The Court will be represented at the teleconference by its Case Manager. All parties are to call into the conference call at (877) 873-8018, access code: 2994682.

Only deadlines that had not expired before entry of the last scheduling order,[2] and those that have not expired since, will be reset.

New Orleans, Louisiana, this 6th day of January, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 23.
[2] R. Doc. 9.