**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **A.E., by and through her mother, JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

# EXHIBIT A

Encore Academy's Revised Answers to Plaintiff's First Set of Interrogatories and Revised Responses to Plaintiff's First Set of Requests for Production

**To be Filed Under Seal**