UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, **JESSICA CHISOLM** <br><br> **VERSUS** <br><br> **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **CIVIL ACTION NO. 22-00491** <br><br> **JUDGE BARRY W. ASHE** <br><br> **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

### ORDER

Considering the foregoing Motion for Protective Order filed by Encore Academy:

**IT IS ORDERED** that Encore Academy's Motion for Protective Order is **GRANTED**. Accordingly, this Court finds that the requested records of non-party minors (other than A.E.) fall under the protections afforded by FERPA and should not be produced in this litigation. Accordingly, Encore Academy's previous discovery responses, as amended and served upon counsel on March 20, 2023, are sufficient and no additional production is needed relative to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Document.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2023.

_____
**THE HONORABLE JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**