**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| A.E., by and through her mother,<br>JESSICA CHISOLM | CIVIL ACTION NO. 22-00491 |
| VERSUS | |
| | JUDGE BARRY W. ASHE |
| ENCORE ACADEMY,<br>APPLY BUS COMPANY<br>PROTECTIVE INSURANCE<br>COMPANY, AND XYZ INSURANCE<br>COMPANY | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**RULE 37 CERTIFICATE**

Prior to filing the foregoing Motion For Protective Order, counsel for Encore Academy complied with Local Rule 37 by conferring with all counsel of record via telephone on several occasions. The parties were unable to resolve the issues relative to Encore's Motion for Protective Order thereby necessitating the filing of the referenced motion.

Respectfully submitted,

/s/ Denia S. Aiyegbusi
John Jerry Glas (#24434)
Denia S. Aiyegbusi (#31549)
Melissa M. Lessell (#32710)
Casey B. Wendling (#38676)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
denia@deutschkerrigan.com
jerry@deutschkerrigan.com
mlessell@deutschkerrigan.com
cwendling@deutschkerrigan.com
*Attorneys for Defendant, Encore Academy*