**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **A.E., by and through her mother, JESSICA CHISOLM** | **CIVIL ACTION NO. 22-00491** |
| **VERSUS** | |
| | **JUDGE BARRY W. ASHE** |
| **ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**NOTICE OF SUBMISSION**

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendant, Encore Academy's, Motion for Protective Order is hereby set for submission on April 12, 2023.

Respectfully submitted,

*/s/ Denia S. Aiyegbusi*
_____
John Jerry Glas (#24434)
Denia S. Aiyegbusi (#31549)
Melissa M. Lessell (#32710)
Casey B. Wendling (#38676)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
denia@deutschkerrigan.com
jerry@deutschkerrigan.com
mlessell@deutschkerrigan.com
cwendling@deutschkerrigan.com
*Attorneys for Defendant Encore Academy*