UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother,<br>JESSICA CHISOLM | CIVIL ACTION NO. 22-00491 |
| VERSUS | |
| | JUDGE BARRY W. ASHE |
| ENCORE ACADEMY,<br>APPLY BUS COMPANY<br>PROTECTIVE INSURANCE<br>COMPANY, AND XYZ INSURANCE<br>COMPANY | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**ENCORE ACADEMY'S MOTION TO FILE DOCUMENTS UNDER SEAL AND INCORPORATED NON-CONFIDENTIAL MEMORANDUM IN SUPPORT**

Defendant, Encore Academy ("Encore"), respectfully moves this Honorable Court for leave to file certain documents under seal. In accordance with Local Rule 5.6, a brief non-confidential memorandum describing the particular documents sought to be filed under seal follows.

Specifically, Encore requests leave to file Exhibit A to its Motion for Protective Order under seal. That Exhibit contains a copy of Encore's revised Answers to Plaintiff's First Set of Interrogatories and revised Responses to Plaintiff's First Set of Requests for Production of Documents. These discovery responses specifically reference Encore students, other than A.E., and discuss specific incidents of discipline and/or investigation into allegations of bullying. Because Encore's discovery responses reference information which is protected by the Federal Educational Rights and Privacy Act ("FERPA"), codified at 20 U.S.C.A. § 1232g, it is important to ensure this information is not unnecessarily transferred and placed into the public record.

WHEREFORE, Defendant Encore Academy prays that Honorable Court grant this Motion to File Documents Under Seal and that Exhibit A to its Motion for Protective Order be kept on file

in the record of this matter but only under seal, and that the Clerk of Court be ordered and directed to take any and all measures necessary to ensure that these documents remain under seal unless and until ordered otherwise.

          Respectfully submitted,

_____
John Jerry Glas (#24434)
Denia S. Aiyegbusi (#31549)
Melissa M. Lessell (#32710)
Casey B. Wendling (#38676)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
denia@deutschkerrigan.com
jerry@deutschkerrigan.com
mlessell@deutschkerrigan.com
cwendling@deutschkerrigan.com
*Attorneys for Defendant, Encore Academy*