UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **A.E., by and through her mother, JESSICA CHISOLM**<br><br>**VERSUS**<br><br>**ENCORE ACADEMY,**<br>**APPLY BUS COMPANY**<br>**PROTECTIVE INSURANCE**<br>**COMPANY, AND XYZ INSURANCE**<br>**COMPANY** | **CIVIL ACTION NO. 22-00491**<br><br><br>**JUDGE BARRY W. ASHE**<br><br><br>**MAGISTRATE JUDGE**<br>**JANIS VAN MEERVELD** |

**ORDER**

Considering the foregoing Motion to File Documents Under Seal and Incorporated Non-Confidential Memorandum in Support;

**IT ORDERED** that the Motion for Leave to File Exhibits Under Seal filed on behalf of Defendant, Encore Academy, be and is hereby **GRANTED**. Accordingly, Encore is granted leave of court to file under seal Exhibit A to its Motion for Protective Order because this exhibit specifically references information which is protected by the Federal Educational Rights and Privacy Act ("FERPA"). Therefore, these documents are to be kept on file in the record of this matter, but only under seal. Additionally, the Clerk of Court is hereby ordered and directed to take any and all measures necessary to ensure that these documents remain under seal unless and until ordered otherwise.

**ORDERED** in New Orleans, Louisiana, this \_\_\_\_ day of _____, 2023.

**THE HONORABLE JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**