UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM<br><br>VERSUS<br><br>ENCORE ACADEMY, APPLY BUS COMPANY PROTECTIVE INSURANCE COMPANY, AND XYZ INSURANCE COMPANY | CIVIL ACTION NO. 22-00491<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

Considering the foregoing Motion to File Documents Under Seal and Incorporated Non-Confidential Memorandum in Support (Rec. Doc. 29), the Court finds that the public's interest in access to court records is outweighed by the private interest in maintaining the confidentiality of non-party students' school discipline information. See S.E.C. v. Van Waeyenberghe, 990 F.2d 845, 848 (5th Cir. 1993). Accordingly,

**IT ORDERED** that the Motion is **GRANTED**; Encore is granted leave of court to file under seal Exhibit A to its Motion for Protective Order under seal. Additionally, the Clerk of Court is hereby ordered and directed to take any and all measures necessary to ensure that these documents remain under seal unless and until ordered otherwise.

**ORDERED** in New Orleans, Louisiana, this 23rd day of March, 2023.

_____
**THE HONORABLE JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**