4/3/23, 7:51 PM
Case 2:22-cv-00491-BWA-JVM   Document 21-1   Filed 04/04/23   Page 1 of 6
Gmail - RE: A.E. v. Encore et al. - Proposed Consent Protective Order 54115



Caroline Gabriel <caroline.gabriel.ma@gmail.com>

## RE: A.E. v. Encore et al. - Proposed Consent Protective Order 54115
13 messages

**Jean E. Lavidalie, Jr.** <jlavidalie@perrierlacoste.com>     Wed, Aug 31, 2022 at 4:15 PM
To: Caroline Gabriel <caroline.gabriel.ma@gmail.com>, "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>
Cc: William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

All cases I have involve medical records. I have no problem with minor's records and other records, and some depositions, records from the school and our client.

Jean E. Lavidalie, Jr.

Attorney

Perrier & Lacoste, L.L.C.

365 Canal Street, Suite 2550

New Orleans, Louisiana 70130

Telephone:  (504) 212-8820

Direct Line:  (504) 212-8823

Facsimile:  (504) 212-8825

Direct Facsimile: (504) 212-8874

THIS IS A CONFIDENTIAL COMMUNICATION.   The message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this message, please delete it immediately without opening any attachments.  Please notify the sender, Jean E. Lavidalie, Jr., Perrier & Lacoste, LLC by telephone at 504-212-8823 or by email at jlavidalie@perrierlacoste.com that you received the e-mail in error. Thank you

**From:** Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Sent:** Wednesday, August 31, 2022 9:58 AM
**To:** Aiyegbusi, Denia S. <denia@deutschkerrigan.com>; Wendling, Casey <cwendling@deutschkerrigan.com>; Jean E. Lavidalie, Jr. <jlavidalie@perrierlacoste.com>; Guy D. Perrier <gperrier@perrierlacoste.com>; Zachary P. Fickes <zfickes@perrierlacoste.com>
**Cc:** William Most <williammost@gmail.com>
**Subject:** A.E. v. Encore et al. - Proposed Consent Protective Order

Good morning all,

**EXHIBIT A**

As this matter will involve medical records and other potentially confidential documents, we would like to file a protective order. Please see the attached consent protective order we prepared. Judge van Meerveld's chambers suggested I

reference Judge North's form order. I have not changed any of the text from that order aside from the caption and the Judge's signature.

Please advise whether you have any objections or edits to the order. I will prepare a joint motion as well.

Sincerely,

Caroline Gabriel

*Most & Associates*

*201 St. Charles Ave., Ste. 114 # 101*

*New Orleans, LA 70170*

*(985) 441-9355*

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>                    Thu, Sep 1, 2022 at 10:33 AM
To: "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Thank you, Jean. I am interpreting your response as having no objection. Please advise if that's incorrect.

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

---

**Jean E. Lavidalie, Jr.** <jlavidalie@perrierlacoste.com>                    Thu, Sep 1, 2022 at 10:47 AM
To: Caroline Gabriel <caroline.gabriel.ma@gmail.com>
Cc: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

I have no objection to the language of it, but not completely clear as to what it would apply to. Just the records of the minor and the records involving any other minors, records from the school and/or our client that may contain proprietary information?

[Quoted text hidden]

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>                    Thu, Sep 1, 2022 at 12:07 PM
To: "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Yes, that is my understanding as it would pertain to this case. The scope and definition in this Order are under sections 1 and 2. And then if there are any challenges to a designation we can follow the procedure in section 8.

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*

*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>  Thu, Sep 8, 2022 at 2:53 PM
To: "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Denia,

Does Encore have any objections to this proposed order?

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>  Thu, Sep 15, 2022 at 12:54 PM
To: "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Denia,

Can you please respond to this. We would like to know if you will consent to the attached protective order.

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

 **2022.8.30 - Consent Protective Order.docx**
32K

---

**Aiyegbusi, Denia S.** <denia@deutschkerrigan.com>  Thu, Sep 15, 2022 at 12:58 PM
To: Caroline Gabriel <caroline.gabriel.ma@gmail.com>, "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Sorry about that, Caroline. I thought I responded when I addressed your email about the policy (I'm still waiting for that information). I have no objection to our using Magistrate North's Protective Orde form in this case.

**Denia S. Aiyegbusi**
Deutsch Kerrigan, L.L.P.
Partner

T. 504.581.5141  |  D. 504.593.0690  |  M. 504.723.6980  |  F. 504.566.4090  |  denia@deutschkerrigan.com
755 Magazine St. | New Orleans, LA 70130



---

**From:** Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Sent:** Thursday, September 15, 2022 12:54 PM
**To:** Jean E. Lavidalie, Jr. <jlavidalie@perrierlacoste.com>
**Cc:** Aiyegbusi, Denia S. <denia@deutschkerrigan.com>; Wendling, Casey <cwendling@deutschkerrigan.com>; Zachary P. Fickes <zfickes@perrierlacoste.com>; William Most <williammost@gmail.com>; Francine M. LeCompte <flecompte@perrierlacoste.com>; # P&L Active Files <files@perrierlacoste.com>
**Subject:** Re: A.E. v. Encore et al. - Proposed Consent Protective Order 54115

**\*\*\*EXTERNAL SENDER\*\*\***

[Quoted text hidden]

---

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>                                    Thu, Sep 15, 2022 at 2:50 PM
To: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Thank you. Attached is a draft motion to accompany the order. If it looks good, please add your signatures and I will file.

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

 **2022.9.15 - A.E v. Encore et al - Consent Motion for Protective Order .docx**
20K

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>                                    Tue, Sep 20, 2022 at 11:26 AM
To: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Hi all,

Can you please add your signatures to the motion if you approve?

Thank you,

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

---

**Aiyegbusi, Denia S.** <denia@deutschkerrigan.com>   Tue, Sep 20, 2022 at 12:35 PM
To: Caroline Gabriel <caroline.gabriel.ma@gmail.com>, "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>
Cc: "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Do you have a version that already contains some signatures? If so, can you send that one and I will add my signature to it?

Thanks,

[Quoted text hidden]
[Quoted text hidden]

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>   Tue, Sep 20, 2022 at 12:42 PM
To: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>
Cc: "Jean E. Lavidalie, Jr." <jlavidalie@perrierlacoste.com>, "Wendling, Casey" <cwendling@deutschkerrigan.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>, William Most <williammost@gmail.com>, "Francine M. LeCompte" <flecompte@perrierlacoste.com>, # P&L Active Files <files@perrierlacoste.com>

Here you go.

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

 **2022.9.15 - A.E v. Encore et al - Consent Motion for Protective Order .docx**
21K

---

**Aiyegbusi, Denia S.** <denia@deutschkerrigan.com>   Mon, Sep 26, 2022 at 6:46 AM
To: Caroline Gabriel <caroline.gabriel.ma@gmail.com>

Copy with my signature is attached.

[Quoted text hidden]
[Quoted text hidden]

**2022.9.15 - A.E v. Encore et al - Consent Motion for Protective Order(12799170.1).docx**
31K

---

**Caroline Gabriel** <caroline.gabriel.ma@gmail.com>   Mon, Sep 26, 2022 at 9:37 AM

To: "Aiyegbusi, Denia S." <denia@deutschkerrigan.com>, "Jean E. Lavidalie, Jr." <JLavidalie@perrierlacoste.com>, "Guy D. Perrier" <gperrier@perrierlacoste.com>, "Zachary P. Fickes" <zfickes@perrierlacoste.com>
Cc: William Most <williammost@gmail.com>

Thank you!

Jean, can you please add your signature to this motion so we can file today?

Caroline Gabriel
*Most & Associates*
*201 St. Charles Ave., Ste. 114 # 101*
*New Orleans, LA 70170*
*(985) 441-9355*

[Quoted text hidden]

 **2022.9.15 - A.E v. Encore et al - Consent Motion for Protective Order(12799170.1).docx**
31K