UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM<br><br>v.<br><br>ENCORE ACADEMY, APPLY BUS COMPANY, PROTECTIVE INSURANCE COMPANY, and XYZ INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 22-00491<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR PROTECTIVE ORDER

Defendant, Encore Academy ("Encore"), moves this Honorable Court for leave to file the attached Reply Memorandum in response to Plaintiff's Opposition to the Motion for Protective Order filed by Encore. The Plaintiff's Opposition Memorandum raises certain issues related to the proper application of the law to the facts presented by this Motion, and Encore respectfully requests an opportunity to respond to these arguments through the attached Reply Memorandum.

Respectfully Submitted,

John Jerry Glas (#24434)
Denia S. Aiyegbusi (#31549)
Melissa M. Lessell (#32710)
Casey B. Wendling (#38676)
**DEUTSCH KERRIGAN, LLP**
755 Magazine Street
New Orleans, LA 70130
Telephone: 504.581.5141
Facsimile: 504.566.1201
jerry@deutschkerrigan.com
denia@deutschkerrigan.com
mlessell@deutschkerrigan.com
cwendling@deutschkerrigan.com
*Attorneys for Defendant Encore Academy*