UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM<br><br>v.<br><br>ENCORE ACADEMY, APPLY BUS COMPANY, PROTECTIVE INSURANCE COMPANY, and XYZ INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 22-00491<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## **ORDER**

Considering Encore Academy's foregoing Motion for Leave to File Reply Memorandum in Further Support of Motion for Protective Order.

IT IS HEREBY ORDERED that the Motion is GRANTED, and Encore Academy's Reply Memorandum is to be filed into the record of this matter.

Signed in New Orleans, Louisiana on this _____ day of _____, 2023.

_____
**J U D G E**