UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM, *on behalf of her daughter A.E.*<br><br>v.<br><br>ENCORE ACADEMY, APPLE BUS COMPANY, PROTECTIVE INSURANCE COMPANY, and NOVA CASUALTY COMPANY | CIVIL ACTION<br><br>NO. 22-00491<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## **ORDER**

Considering Encore Academy's foregoing Motion for Leave to File Reply Memorandum in Further Support of Motion for Protective Order (Rec. Doc. 32).

IT IS HEREBY ORDERED that the Motion is GRANTED, and Encore Academy's Reply Memorandum is to be filed into the record of this matter.

Signed in New Orleans, Louisiana on this 12th day of April, 2023.

                                                                                                   _____
                                                                                                                        **J U D G E**