UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.E., by and through her mother, <br> JESSICA CHISOLM <br> <br> Plaintiffs, <br> <br> VERSUS <br> <br> ENCORE ACADEMY, <br> APPLE BUS COMPANY, <br> PROTECTIVE INSURANCE COMPANY, and <br> XYZ INSURANCE COMPANY <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 2:22-00491 <br> <br> <br> JUDGE:  Barry W. Ashe <br> <br> MAG. JUDGE: Janis van Meerveld <br> <br> **JURY TRIAL** |

## DEFENDANTS' MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COME,** through undersigned counsel, come Defendants, Apple Bus Company and Protective Insurance Company (hereinafter, "Defendants"), who respectfully move to enroll Patrick R. Schmidt (37861) of the firm of Perrier & Lacoste, L.L.C. as additional counsel of record for Defendants, Apple Bus Company and Protective Insurance Compa

                                                   Respectfully submitted,

                                                   *s/ Jean E. Lavidalie, Jr.*
                                                   GUY D. PERRIER, #20323, T.A.
                                                   JEAN E. LAVIDALIE, JR., #27547
                                                   Perrier & Lacoste, LLC
                                                   365 Canal Street, Suite 2550
                                                   New Orleans, Louisiana  70130
                                                   Tel:  (504) 212-8820
                                                   Fax:  (504) 212-8825
                                                   Email:  gperrier@perrierlacoste.com
                                                   **Direct Dial:  (504) 212-8822**
                                                   Email:  jlavidalie@perrierlacoste.com
                                                   **Direct Dial:  (504) 212-8823**
                                                   **Cell Phone:  (504) 881-3857**
                                                   **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of April, 2023, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all enrolled counsel of record.

<em>s/ Jean E. Lavidalie, Jr.</em>