UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.E., by and through her mother, <br> JESSICA CHISOLM <br> <br> Plaintiffs, <br> <br> VERSUS <br> <br> ENCORE ACADEMY, <br> APPLE BUS COMPANY, <br> PROTECTIVE INSURANCE COMPANY, and <br> XYZ INSURANCE COMPANY <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 2:22-00491 <br> <br> <br> JUDGE: Barry W. Ashe <br> <br> MAG. JUDGE: Janis van Meerveld <br> <br> **JURY TRIAL** |

## **O R D E R**

The foregoing Motion considered;

IT IS ORDERED that Patrick R. Schmidt (37861) of the firm of Perrier & Lacoste, L.L.C. is hereby enrolled as additional counsel of record for Defendants, Apple Bus Company and Protective Insurance Company.

New Orleans, Louisiana, this _____ day of April, 2023.

_____
**HONORABLE JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**