UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSICA CHISOLM *ex rel.* A.E.          CIVIL ACTION

VERSUS                                   NO. 22-491

ENCORE ACADEMY, *et al.*                 SECTION M (1)

## ORDER

Considering the *ex parte* motion of defendants Apple Bus Company and Protective Insurance Company (together, "defendants") to enroll additional counsel (R. Doc. 36),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Patrick R. Schmidt is enrolled as additional counsel of record for defendants in the captioned matter.

New Orleans, Louisiana, this 25th day of April, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE