MINUTE ENTRY
VAN MEERVELD
April 26, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM,<br>   *Plaintiff*<br><br>VERSUS<br><br>ENCORE ACADEMY, APPLE BUS COMPANY, PROTECTIVE INSURANCE COMPANY, and XYZ INSURANCE COMPANY,<br>   *Defendants* | CIVIL ACTION<br>NO. 22-491<br><br>SECTION: "M" (1)<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## **HEARING ON MOTION**

Oral argument was conducted in person.

COURT REPORTER:   Nichelle Wheeler

APPEARANCES:   Caroline Garbiel, Denia Aiyegbusi, Melissa Lessell, Patrick Schmidt

MOTION(S):

  1. Defendant's Motion for Protective Order (Rec. Doc. 28)

ORDERED:

  The motion is DENIED. Any confidential documents shall be produced subject to the protections of the existing Protective Order (Rec. Doc. 11).

  With regard to plaintiff's Interrogatory No. 5, defendant Encore Academy confirmed that all responsive information has been produced. Plaintiff withdrew Interrogatory No. 6. Interrogatory No. 7 is moot.

  With regard to plaintiff's Interrogatory No. 12, the court finds the information relevant but in consideration of the burden of searching through records to locate responsive information, plaintiff shall identify a list of students that may be subject to school bus behavior incident reports for behavior directed at A.E. and provide this list to Encore. Encore shall search the files of the first 5 to 10 students identified for responsive documents and shall produce such documents. To the

extent that a search of the files for the remaining students on the list would not be unduly burdensome, Encore shall search such files and produce responsive information. To the extent Encore believes such a search would be unduly burdensome, the parties shall meet and confer regarding how many additional names shall be searched and, if they cannot resolve their dispute, they may contact the chambers of the undersigned for a status conference to discuss.

With regard to Request for Production No. 26, Encore shall produce for *in camera* review the requested records of B.H. to the extent they concern any type of bullying or harassment, along with the records of A.E. that are purported to provide the same information so that the court can determine whether the B.H. records are merely duplicative of the A.E. records. To assist the court in this review, Encore shall clearly identify which records have already been produced and which portions of the B.H. records are asserted to be duplicative of which portions of the A.E. records.

                                                Janis van Meerveld
                                             United States Magistrate Judge

MJSTAR (00:25)