UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSICA CHISHOLM on behalf of her daughter, A.E. | * | CIVIL ACTION NO. 22-491 |
| | * | |
| | * | SECTION: "M"(1) |
| VERSUS | * | |
| | * | JUDGE BARRY W. ASHE |
| ENCORE ACADEMY, APPLE BUS CO., | * | |
| PROTECTIVE INSURANCE CO. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

On April 26, 2023, the Court ordered defendant Encore Academy to produce certain documents responsive to plaintiff's discovery requests. (Rec. Doc. 38). At Encore's request, the Court agreed to review the records of B.H. responsive to Request for Production No. 26 *in camera* to determine whether they are merely duplicates of the records of A.E. that have already been produced. The Court has now reviewed the B.H. records and finds that some, but not all, of the relevant responsive records are duplicates. The disciplinary record for the March 9, 2021, incident in B.H.'s file is identical to that in A.E.'s file and Encore is not required to produce it again. However, the following records from B.H.'s file do not appear in A.E.'s file, are relevant and responsive, and must be produced:

- A two-page incident report related to the January 29, 2020, incident, listing B.H. as offender.
- A two-page incident report related to a March 26, 2019, incident.
- A one-page Louisiana Department of Education School Behavior Report related to the January 29, 2020, incident.
- A four-page Bullying Investigation Form dated April 22, 2019.

The aforementioned records shall be produced as "confidential" and subject to the Protective Order limiting the disclosure and use of confidential documents in this case (Rec. Doc. 11). Encore shall

produce the documents on or before June 5, 2023.[1] The remaining documents in B.H.'s record are not relevant or responsive.

New Orleans, Louisiana, this 15th day of May, 2023.

Janis van Meerveld
United States Magistrate Judge

---

[1] This three week period is intended to provide Encore sufficient time to comply with any obligation it may have to notify B.H. and/or B.H.'s parents. See 20 U.S.C. § 1232g(b)(2)(B).