UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM. <br><br> Plaintiff, <br><br> v. <br><br> ENCORE ACADEMY, APPLE BUS COMPANY PROTECTIVE INSURANCE COMPANY, and NOVA CASUALTY COMPANY <br><br> Defendants. | Case No. 2:22-cv-00491 <br><br> Judge Barry W. Ashe <br> Magistrate Judge Janis van Meerveld |

**CONSENT MOTION EXTEND DISCOVERY DEADLINES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff with consent of Defendants, who moves this Court to extend the pre-trial deadlines in this matter by three weeks.

This Court issued a scheduling order on January 30, 2023, which set a five-day jury trial to start on October 16, 2023, as well as several pre-trial deadlines related to discovery and filing deadlines. R. Doc. 25. Those deadlines are the following:

- June 20, 2023: Plaintiff's deadline to disclose experts;

- July 18, 2023: Defendants' deadline to disclose experts and all parties' deadline to disclose witness and exhibit lists;

- August 10, 2023: Deadline to file dispositive motions and motions in limine regarding the admissibility of expert testimony;

- September 15, 2023: Deadline for Depositions for trial and all discovery;

A discovery issue recently came to Plaintiff's counsel's attention, which Defendants' counsel are aware of. Plaintiff's counsel has been diligently working to resolve this issue, however it has not yet been resolved. Because of said issue, on June 20, 2023, Plaintiff's counsel requested a three-week extension to disclose experts to Defendants. Defendants consented and

requested that other related deadlines also be extended in order to effectively prepare for trial. Plaintiff has no objection to this request. Thus, the parties are in agreement and request the above-listed deadlines be extended by three weeks. This is not a request to extend the trial or pre-trial conference.

Whether to grant or deny a continuance is within the sound discretion of the trial court. *Equip. Leasing, LLC v. Three Deuces, Inc*., 2011 WL 1326931, at *2 (E.D. La. Apr. 1, 2011) (citing *United States v. Alix,* 86 F.3d 429, 434 (5th Cir.1996)). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide," for it "must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Id.* (citing *Streber v. Hunter,* 221 F.3d 701, 736 (5th Cir.2000)). The Fifth Circuit has explained that "an amendment of a pretrial order should be permitted where no substantial injury will be occasioned to the opposing party, the refusal to allow the amendment might result in injustice to the movant, and the inconvenience to the court is slight. *Wright v. Shell Offshore, Inc*., 2011 WL 6304148, at *1 (E.D. La. Dec. 16, 2011) (citing *Sherman v. United States*, 462 F.2d 577, 578 (5th Cir.1972)).  Federal Rule of Civil Procedure 16(b)(4) allows a court to modify its scheduling order "only for good cause."

Here, good cause exists to extend the discovery deadlines. The parties have agreed that an extension of discovery deadlines is warranted to effectively prepare for trial. This extension will not prejudice the parties or delay the trial in this matter.

WHEREFORE, the Plaintiff requests, with the consent of Defendants, that this Court extend the above-listed deadlines by three weeks so that the parties may effectively prepare for trial.

Respectfully Submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates
201 St. Charles Ave. Ste. 2500 #9685
New Orleans, LA 70170
Tel: 985-441-9355
Email: caroline.gabriel.ma@gmail.com

***Counsel for Plaintiff, A.E. through Jessica Chisolm***