UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother,<br>JESSICA CHISOLM.<br><br>    Plaintiff,<br><br>v.<br><br>ENCORE ACADEMY,<br>APPLE BUS COMPANY<br>PROTECTIVE INSURANCE COMPANY, and<br>NOVA CASUALTY COMPANY<br><br>    Defendants. | Case No. 2:22-cv-00491<br><br>Judge Barry W. Ashe<br>Magistrate Judge Janis van Meerveld |

## **ORDER**

Considering the foregoing *Consent Motion to Extend Discovery Deadlines*,

IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's deadline to disclose experts shall be July 11, 2023.

IT IS FURTHER ORDERED that Defendants' deadline to disclose experts, and all parties' deadline to disclose witness and exhibit lists shall be August 8, 2023.

IT IS FURTHER ORDERED that the deadline to file dispositive motions and motions in limine regarding the admissibility of expert testimony shall be August 31, 2023.

IT IS FURTHER ORDERED that the deadline for depositions for trial and all discovery shall be October 6, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____