UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM *ex rel.* A.E. | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY, *et al.* | SECTION M (1) |

## ORDER

Considering the consent motion of plaintiff A.E., by and through her mother Jessica Chisolm, for extension of certain pretrial deadlines (R. Doc. 40),

IT IS ORDERED that the motion is GRANTED, and that plaintiff's expert disclosure deadline shall be July 11, 2023.

IT IS FURTHER ORDERED that defendants' expert disclosure deadline, and the deadline for all parties to disclose witness and exhibit lists, shall be August 8, 2023.

IT IS FURTHER ORDERED that all pretrial motions, including dispositive motions and motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than August 31, 2023.

AND IT IS FURTHER ORDERED that depositions for trial use and all discovery shall be completed no later than October 6, 2023.

New Orleans, Louisiana, this 21st day of June, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE