UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, <br> JESSICA CHISOLM. <br><br> Plaintiff, <br><br> v. <br><br> ENCORE ACADEMY, <br> APPLE BUS COMPANY, <br> PROTECTIVE INSURANCE COMPANY, and <br> NOVA CASUALTY COMPANY <br><br> Defendants. | Case No. 2:22-cv-00491 <br><br> Judge Barry W. Ashe <br> Magistrate Judge Janis van Meerveld |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel, William Most (Louisiana Bar Roll No. 36914), Hope Phelps (Louisiana Bar Roll No. 37259), David Lanser (Louisiana Bar Roll No. 37764) and Caroline Gabriel (Louisiana Bar Roll No. 38224) of the law firm of Most & Associates.

For the reasons articulated in the accompanying Memorandum of Support of this Motion to Withdraw as Counsel of Record, undersigned counsel respectfully requests this Honorable Court permit their withdrawal as counsel of record for Plaintiff, A.E., by and through her mother, Jessica Chisolm.

Respectfully submitted,

/s/ Caroline Gabriel_____  
Caroline Gabriel, La. Bar No. 38224  
Most & Associates  
201 St. Charles Ave., Ste. 2500, # 9685  
New Orleans, LA 70170  
T: 985-441-9355  
E: caroline.gabriel.ma@gmail.com

/s/ William Most_____  
William Most, La. Bar No. 36914  
Most & Associates  
201 St. Charles Ave., Ste. Ste. 2500, # 9685  
New Orleans, LA 70170  
T: 504-509-5023  
E: williammost@gmail.com

| | |
|---|---|
| */s/ Hope Phelps*_____ | */s/ David Lanser*_____ |
| Hope Phelps, La. Bar No. 37259 | David Lanser, La. Bar No. 37764 |
| Most & Associates | Most & Associates |
| 201 St. Charles Ave., Ste. Ste. 2500, # 9685 | 201 St. Charles Ave., Ste. Ste. 2500, # 9685 |
| New Orleans, LA 70170 | New Orleans, LA 70170 |
| Tel: 504.500.7974 | Tel: (504) 533-4521 |
| Email: hopeaphelps@outlook.com | Email: david.lanser@gmail.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel and Plaintiff A.E. by and through her mother, Jessica Chisolm by electronic mail on the date of filing. I further certify that Plaintiff A.E. by and through her mother, Jessica Chisolm, was notified of all deadlines and pending court appearances by certified U.S. Postal service mail and by email.

*/s/ Caroline Gabriel*_____