UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM. <br><br> Plaintiff, <br><br> v. <br><br> ENCORE ACADEMY, APPLE BUS COMPANY, PROTECTIVE INSURANCE COMPANY, and NOVA CASUALTY COMPANY <br><br> Defendants. | Case No. 2:22-cv-00491 <br><br> Judge Barry W. Ashe <br> Magistrate Judge Janis van Meerveld |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel, William Most (Louisiana Bar Roll No. 36914), Hope Phelps (Louisiana Bar Roll No. 37259), David Lanser (Louisiana Bar Roll No. 37764) and Caroline Gabriel (Louisiana Bar Roll No. 38224) of the law firm of Most & Associates.

Undersigned counsel respectfully request this Honorable Court permit their withdrawal as counsel of record for Plaintiff, A.E., by and through her mother, Jessica Chisolm, pursuant to Eastern District of Louisiana Local Rule 83.2.11. This rule provides that counsel of record "must represent the party for whom he or she appears unless the court permits him or her to withdraw from the case."

In a case, as here, where new counsel is not being joined contemporaneous with prior counsel seeking to withdraw, "the motion to withdraw must contain the present address of the client and the client's telephone number if the client can be reached by telephone. The motion must be accompanied by a certificate of service, including a statement that the client has been notified

of all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made."

This motion is occasioned by irreconcilable differences between Plaintiff and her counsel.

In support of this motion, counsel submits the following:

1. Plaintiff was informed by telephone, email correspondence, and by certified mail of undersigned counsel's intent to withdraw as counsel of record.

2. Plaintiff was asked whether she consents to this motion, but did not respond.

3. Plaintiff has been provided with a copy of her entire file.

4. Plaintiff has not hired substitute counsel.

5. Plaintiff's current address is 3101 Hamilton St., New Orleans, LA 70118.

6. Plaintiff can be reached by telephone at 832-297-3451.

7. Withdrawal will neither prejudice the Plaintiff nor have dilatory effect on the progress of this proceeding because this Court has granted Plaintiff's *Consent Motion to Extend Deadlines*, ordering the continuance of discovery deadlines by three weeks. (R. Doc. 41). Trial in this matter is set for October 16, 2023.

8. Defendants Protective Insurance and Apple Bus Company have no objections to this Motion. Consent was sought from Encore Academy and Nova Casualty but has not yet been obtained.

9. Undersigned counsel has informed Plaintiff of the current deadlines in this matter pursuant to R. Doc. 21 and R. Doc. 41 via certified mail.

All the elements of Local Rule 83.2.11 have been met here, and there is no good cause to deny the motion to withdraw. Therefore, William Most, Hope Phelps, David Lanser and Caroline Gabriel of the law firm of Most & Associates respectfully request that this Honorable Court

grant the Motion to Withdraw as Counsel of Record and permit their withdrawal as counsel of record in the above captioned matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Caroline Gabriel*_____ <br> Caroline Gabriel, La. Bar No. 38224 <br> Most & Associates <br> 201 St. Charles Ave., Ste. 2500, # 9685 <br> New Orleans, LA 70170 <br> T: 985-441-9355 <br> E: caroline.gabriel.ma@gmail.com | */s/ William Most*_____ <br> William Most, La. Bar No. 36914 <br> Most & Associates <br> 201 St. Charles Ave., Ste. 2500, # 9685 <br> New Orleans, LA 70170 <br> T: 504-509-5023 <br> E: williammost@gmail.com |
| */s/ Hope Phelps*_____ <br> Hope Phelps, La. Bar No. 37259 <br> Most & Associates <br> 201 St. Charles Ave., Ste. Ste. 2500, # 9685 <br> New Orleans, LA 70170 <br> Tel: 504.500.7974 <br> Email: hopeaphelps@outlook.com | */s/ David Lanser*_____ <br> David Lanser, La. Bar No. 37764 <br> Most & Associates <br> 201 St. Charles Ave., Ste. Ste. 2500, # 9685 <br> New Orleans, LA 70170 <br> Tel: (504) 533-4521 <br> Email: david.lanser@gmail.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel and Plaintiff A.E by and through her mother, Jessica Chisolm by electronic mail on the date of filing. I further certify that Plaintiff A.E by and through her mother, Jessica Chisolm, was notified of all deadlines and pending court appearances by certified U.S. Postal Service mail and by email.

*/s/ Caroline Gabriel*_____
Caroline Gabriel