UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, ) <br> JESSICA CHISOLM. ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENCORE ACADEMY, ) <br> APPLE BUS COMPANY ) <br> PROTECTIVE INSURANCE COMPANY, and ) <br> NOVA CASUALTY COMPANY ) <br> ) <br>     Defendants. ) <br> ) | Case No. 2:22-cv-00491 <br><br> Judge Barry W. Ashe <br> Magistrate Judge Janis van Meerveld |

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record filed by William Most (Louisiana Bar Roll No. 36914), Hope Phelps (Louisiana Bar Roll No. 37259), David Lanser (Louisiana Bar Roll No. 37764) and Caroline Gabriel (Louisiana Bar Roll No. 38224) of the law firm of Most & Associates;

**IT IS ORDERED** that the Motion to Withdraw is GRANTED;

**IT IS FURTHER ORDERED** that William Most, Hope Phelps, David Lanser and Caroline Gabriel of the law firm of Most & Associates be and hereby are withdrawn as counsel of record for Plaintiff A.E, by and through her mother, Jessica Chisolm, in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
JUDGE