UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| A.E., by and through her mother, JESSICA CHISOLM. <br><br> Plaintiff, <br><br> v. <br><br> ENCORE ACADEMY, APPLE BUS COMPANY, PROTECTIVE INSURANCE COMPANY, and NOVA CASUALTY COMPANY <br><br> Defendants. | Case No. 2:22-cv-00491 <br><br> Judge Barry W. Ashe <br> Magistrate Judge Janis van Meerveld |

**NOTICE OF SUBMISSION**

Undersigned counsel's Motion to Withdraw as Counsel of Record is noticed for submission on July 12, 2023.

Respectfully submitted,

/s/ Caroline Gabriel_____
Caroline Gabriel, La. Bar No. 38224
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
T: 985-441-9355
E: caroline.gabriel.ma@gmail.com

/s/ William Most_____
William Most, La. Bar No. 36914
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
T: 504-509-5023
E: williammost@gmail.com

/s/ Hope Phelps_____
Hope Phelps, La. Bar No. 37259
Most & Associates
201 St. Charles Ave., Ste. Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 504.500.7974
Email: hopeaphelps@outlook.com

/s/ David Lanser_____
David Lanser, La. Bar No. 37764
Most & Associates
201 St. Charles Ave., Ste. Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 533-4521
Email: david.lanser@gmail.com