UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM *ex rel.* A.E. | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY, *et al.* | SECTION M (1) |

### ORDER

Considering the *ex parte* motion of counsel for plaintiff A.E., by and through her mother, Jessica Chisolm, to withdraw as counsel of record (R. Doc. 42),

IT IS ORDERED that the motion is GRANTED, and that William Most, Hope Phelps, David Lanser, and Caroline Gabriel are withdrawn as counsel of record for plaintiff in the captioned matter.

IT IS FURTHER ORDERED that plaintiff, proceeding *pro se*, shall take notice of her duty to comply with applicable court rules and all deadlines and pending court appearances, including those set by the Court's scheduling order (R. Doc. 25) and the June 22, 2023 Order extending certain pretrial deadlines (R. Doc. 41).

New Orleans, Louisiana, this 14th day of July, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE