UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY ET AL. | SECTION: "O" (3) |

### ORDER SCHEDULING SETTLEMENT CONFERENCE

**IT IS ORDERED** that a settlement conference is scheduled for **Thursday, July 25, 2024 at 9:00 a.m.,** before the undersigned magistrate judge, Courtroom, B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Guidelines.

New Orleans, Louisiana, this 7th day of May, 2024.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE