UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA CHISHOLM EX REL. A.E.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-491** |
| **ENCORE ACADEMY, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the second motion[1] for a status conference by Defendants Apple Bus Company and Protective Insurance Company is **GRANTED**. A status conference will be held via telephone on Tuesday, June 18 at 2:00 P.M. The Court will email the instructions necessary to participate to all counsel.

**IT IS FURTHER ORDERED** that the first motion[2] to set a status conference by Defendants Apple Bus Company and Protective Insurance Company is **DENIED AS MOOT.**

New Orleans, Louisiana, this 12th day of June, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 55.
[2] ECF No. 50.