UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY ET AL. | SECTION: "O" (3) |

## ORDER

**IT IS ORDERED** that the Status Conference set for Friday, June 21, 2024 at 9:30 a.m., before Magistrate Judge Eva J. Dossier is **CANCELLED**.

New Orleans, Louisiana, this 14th day of June, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE