UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSICA CHISOLM | CIVIL ACTION |
| VERSUS | NO. 22-491 |
| ENCORE ACADEMY, ET AL. | SECTION: "O" (3) |

## ORDER

**IT IS ORDERED** that the Settlement Conference scheduled for Thursday, July 25, 2024 at 9:00 a.m., is hereby **CANCELLED**. See Doc. 59

New Orleans, Louisiana, this 22nd day of July, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY VIA E-MAIL
Jessica Chisolm, Plaintiff
prinsezitha.linda.de.dios@gmail.com