UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA CHISOLM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-491** |
| **ENCORE ACADEMY, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the final pre-trial conference set for August 7, 2024 is rescheduled for Monday, August 12, 2024 at 3:00 p.m.

New Orleans, Louisiana, this 5th day of August, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE