UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.E., by and through her mother, | * | CIVIL ACTION NO.: 2:22-00491 |
| JESSICA CHISOLM | * | |
| | * | |
| Plaintiffs, | * | JUDGE: Brandon S. Long |
| | * | |
| VERSUS | * | MAG. JUDGE: EJD |
| | * | |
| ENCORE ACADEMY, | * | **JURY TRIAL** |
| APPLE BUS COMPANY, | * | |
| PROTECTIVE INSURANCE COMPANY, and | * | |
| XYZ INSURANCE COMPANY | * | |
| | * | |
| Defendants. | * | |
| | * | |

## **MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, A.E., by and through her mother, Jessica Chisolm, who suggests to the Court that all matters in controversy against all Defendants have been amicably resolved as to her claims, and upon further suggesting that Plaintiff, A.E., by and through her mother, Jessica Chisolm, desires to dismiss her civil lawsuit as to all Defendants, Encore Academy and its insurer, Nova Casualty Company, and Apple Bus Company and its insurer, Protective Insurance Company, and all Defendants, with prejudice, each party bearing their own costs.

WHEREFORE, Plaintiff, A.E., by and through her mother, Jessica Chisolm, prays for an Order dismissing her claims, against all Defendants, with prejudice, each party bearing their own costs.

**RESPECTFULLY SUBMITTED,**

**/s/ Jessica Chisolm**
_____

JESSICA CHISOLM, in proper person
3101 Hamilton Street
New Orleans, LA 70118
Tel:  832.297.3451
Email:  prinsezitha.linda.de.dios@gmail.com

**/s/ Jean E. Lavidalie, Jr.**
_____

GUY D. PERRIER, #20323, T.A.
JEAN E. LAVIDALIE, JR., #27547
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  jlavidalie@perrierlacoste.com
Direct Dial:  (504) 212-8823
Cell Phone:  (504) 881-3857
*Attorneys for Defendants, Apple Bus Company and Protective Insurance Company*

**/s/ Casey Wendling**
_____

John Jerry Glas (#24434)
Melissa M. Lessell (#32710)
Casey B. Wendling (#38676)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
jerry@deutschkerrigan.com
mlessell@deutschkerrigan.com
cwendling@deutschkerrigan.com
*Attorneys for Defendants, Encore Academy and Nova Casualty Company*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing motion to dismiss has been delivered to all counsel of record, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, by facsimile transmission, or the ECM system this 8th day of November, 2024, at their last known address of record.

                  By: /s/ Jean E. Lavidalie, Jr.