UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSICA CHISHOLM EX REL. A.E.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-491** |
| **ENCORE ACADEMNY, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the joint motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff A.E., by and through her mother Jessica Chisolm, against Defendants Encore Academy and its insurer, Nova Casualty Company, and Apple Bus Company, and its insurer, Protective Insurance Company are dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 8th day of November, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 68.